UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YIFAN CHEN,<br><br>             Plaintiff,<br><br>       v.<br><br>UR M. JADDOU, ET AL.,<br><br>             Defendants. | No. CV 22-5352-DSF-RAO<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until March 14, 2023.

Dated: September 1, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE